**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | | |
|---|---|---|
| Hayden & Associates, Inc., a FL Corp. | ) | Case No: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The Hanover Insurance Company, a N.H. Corp. | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

## THE DEFENDANT HANOVER INSURANCE COMPANY'S NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant, The Hanover Insurance Company ("Hanover"), by and through its attorneys, hereby submits this Notice of Removal in accordance with 28 U.S.C. §1446(a). In support thereof, Defendant Hanover states as follows:

1.  On June 28, 2019, Plaintiff, Hayden & Associates ("Hayden") filed an action in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, Cause Number 19-CA-4164. Attached as Ex. 1, are the filings in the Circuit Court in and for Lee County, Florida, Case No. 17-Ca-51("Hayden action").

2.  This firm represents Defendant, Hanover in this Hayden action.

3.  Plaintiff Hayden alleges that Defendant Hanover breached the insurance contract for claims made against it (Ex. 1, Hayden action, Exhibit A).

4.  Plaintiff Hayden served Defendant Hanover with its Original Petition on July 5, 2019.

5.  Plaintiff Hayden is a Florida corporation with its principal place of business in Lee County, Florida.

6. Defendant Hanover is a corporation organized and existing under the laws of the State of New Hampshire, with its principal place of business located at 440 Lincoln Street, Worcester, Massachusetts 01653, thus both now and when the action was filed a citizen of the states of New Hampshire and Massachusetts.

7. Plaintiff Hayden seeks damages of over $75,000. (See, Ex. 2, Amended Third Party Complaint, Count IV Breach of Contract claim against Hayden, at the Wherefore Clause seeking $93,478.25, plus interest; and Count V Negligence Pled in the Alternative to Count IV against Hayden at the Wherefore Clause seeking $93,478.25, plus interest.) Therefore, the amount in controversy exceeds $75,000.

8. Defendant Hanover seeks removal of this action pursuant to 28 U.S.C. §1446(a). This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332(a)(1), and is one which may be removed to this Court pursuant to 28 U.S.C. §1441(a), because the case is a civil action between citizens of different states. The federal District Court therefore has jurisdiction of this matter pursuant to 28 U.S.C. §1332, as the amount in controversy exceeds $75,000, exclusive of interest and costs, and the action is between citizens of different states.

9. The jurisdictional facts set forth above were applicable on the date of filing of the action.

10. This Notice of Removal is timely filed within thirty (30) days after receipt by the Defendant "through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."

11. In accordance with 28 U.S.C. §1446(a) copies of all process, pleadings, and orders filed in the state court action as of this date are attached hereto as Ex. 1.

12.     Upon filing of this Notice of Removal in the Office of the Clerk for the United States District Court for the Middle District of Florida, Fort Myers Division, Defendant will also promptly give written notice of removal to Plaintiff Hayden through its attorney of record and to the clerk of the State court as required by 28 U.S.C. §1446(d).

WHEREFORE, pursuant to 28 U.S.C. §1446, removal of the Civil Action and all claims and causes of action therein is effected upon the filing of a copy of this Notice of Removal with the Clerk of the State court pursuant to 28 U.S.C. §1446. The Civil Action is removed from the State court to the United States District Court of Florida. The parties to the Civil Action shall proceed no further in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida.

DATED this 22 day of July, 2019.

                                    Respectfully submitted,

                                    By:  *s/Joelle C. Sharman*

                                    Joelle C. Sharman, Esq.
                                    Florida Bar No.45070
                                    Lewis Brisbois Bisgaard & Smith LLP

                                    1180 Peachtree St. NE, Suite 2900
                                    Atlanta, GA 30309-7528

                                    401 E. Jackson St., Suite 3410
                                    Tampa, FL 33602

                                    P: (404) 567-6585
                                    F: (404) 467-8845
                                    Joelle.Sharman@lewisbrisbois.com

                                    **Attorney for Defendant**
                                    **The Hanover Insurance Company**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2019, a true and accurate copy of the foregoing document was served on counsel of record.

**Via U.S. Mail and E-Mail:**
Jeff Bluestein, Esq.
Anthony M. Lawhon, P.A.
Attorneys for Plaintiff
3003 Tamiami Trail N., Ste. 200
Naples, FL 34103
jeffbluestein@lawhonlaw.us
jamiekelenski@lawhonlaw.us

                                               *s/Joelle C. Sharman*
                                               Joelle C. Sharman
Lewis Brisbois Bisgaard & Smith, LLP
Florida Bar No. 45070

1180 Peachtree St. NE, Suite 2900
Atlanta, GA 30309-7528

401 E. Jackson St., Suite 3410
Tampa, FL 33602

P: (404) 567-6585
F: (404) 467-8845
Joelle.Sharman@lewisbrisbois.com